**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**MEDICAL LIABILITY MUTUAL**                                                    **PLAINTIFF**
**INSURANCE COMPANY**

**V.**                                          **No. 4:05-CV-01845 GTE**


**R.E. CATLETT & ASSOCIATES, INC.;**
**CATLETT HEALTH CARE MANAGEMENT, LLC;**
**and THE PLAZA HEALTH CARE CENTER, INC.**
**d/b/a LAKEWOOD PLAZA CENTER**                                  **DEFENDANTS**


## ORDER OF DISMISSAL

The Court has been advised by the parties that this action has been settled.

IT IS THEREFORE ORDERED that the Complaint in the matter be, and it is hereby,

DISMISSED WITH PREJUDICE. The Court retains complete jurisdiction for thirty days for the

purpose of enforcing the settlement between the parties. Upon a timely motion and for good

cause shown, the Court reserves the right to vacate this Order and to reopen this action if it is

satisfactorily shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 19th day of March, 2007.


                                        /s/Garnett Thomas Eisele
                                        UNITED STATES DISTRICT JUDGE